# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0222. RICHARD PRICE v. G & M KENNON PROPERTIES, LLLP.**

On August 7, 2013, the Municipal Court of Columbus issued a judgment in favor of G & M Properties for $485 plus court costs. Richard Price filed both an application for discretionary appeal, docketed as Case Number A14D0041, and this direct appeal.

We denied the discretionary application on October 7, 2013. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 10/29/2013
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*